1  KEVIN V. RYAN (CSBN 118321)
United States Attorney

2

3  EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

4  CANDICE JAN (CSBN 225749)
Special Assistant United States Attorney

5

6  1301 Clay Street Suite 340S
Oakland, California 94612-5217
Telephone: (510) 637-3699

7  FAX: (510) 637-3724

8  Attorneys for Plaintiff

FILED
AUG 3 0 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JORGE RENDEROS AYALA, ) <br> ) <br> Defendant. ) <br> ) | No.CR 05-00541 DLJ <br><br> [PROPOSED] ORDER AND STIPULATION EXCLUDING TIME FROM AUGUST 25, 2005, TO SEPTEMBER 23, 2005 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) <br><br> OAKLAND VENUE |

The parties appeared before the Court on August 25, 2005. With the agreement of the parties, and with the consent of the defendant, the Court enters this order documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), from August 25, 2005 to September 23, 2005. The parties agreed, and the Court found and held, as follows:

3. The defendant agreed to an exclusion of time under the Speedy Trial Act. Failure to grant the requested continuance would unreasonably deny both government and defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due

[PROPOSED] ORDER AND STIPULATION EXCLUDING TIME FROM AUGUST 25, 2005 TO SEPTEMBER 23, 2005 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A))
No.CR 05-00541 DLJ

1 | diligence.

2 |     4. Given these circumstances, the Court found that the ends of justice served by
3 | excluding the period from August 25, 2005, to September 23, 2005, outweigh the best interest of
4 | the public and the defendant in a speedy trial. Id. § 3161(h)(8)(A).

5 |     5. Accordingly, and with the consent of the defendant, the Court ordered that the period
6 | from August 25, 2005, to September 23, 2005, be excluded from Speedy Trial Act calculations
7 | under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

9 | IT IS SO STIPULATED.

11 | DATED: 8/25/05

    CANDICE JAN
    Special Assistant United States Attorney

14 | DATED: 8/29/05

    JOYCE LEAVITT
    Attorney for JORGE RENDEROS-AYALA

16 | IT IS SO ORDERED.

18 | DATED: AUG 30, 2005

    HONORABLE D. LOWELL JENSEN
    United States District Judge

28 | [PROPOSED] ORDER AND STIPULATION EXCLUDING TIME FROM AUGUST 25, 2005 TO SEPTEMBER 23, 2005 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A))
No. CR 05-00541 DLJ