FILED

OCT 24 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

BARRY J. PORTMAN
Federal Public Defender
JOYCE LEAVITT
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, CA 94607-3627

Counsel for Defendant RENDEROS-AYALA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. CR 05-00541 DLJ |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] |
| v. | ) | ORDER FOR CONTINUANCE OF |
| | ) | CHANGE OF PLEA AND |
| | ) | SENTENCING AND EXCLUSION |
| JORGE RENDEROS-AYALA, | ) | OF TIME UNDER THE SPEEDY |
| | ) | TRIAL ACT, 18 U.S.C. § 3161 ET |
| Defendant. | ) | SEQ. |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the change of plea and sentencing date in this case, previously scheduled for Thursday, October 13, 2005, at 9:00 a.m. in Oakland, California, before Honorable Judge D. Lowell Jensen, may be continued to Friday, October 28, 2005, at 10:00 a.m., for change of plea and sentencing. The status of the case is that Mr. Renderos-Ayala has been charged with a violation of 8 U.S.C. §1326 but the parties have discussed a fast-track disposition which would allow Mr. Renderos-Ayala to plead guilty to two counts of 8 U.S.C. §1325 with an agreed-upon sentence of 30 months. The parties needed additional time to investigate the factual basis for the proposed plea and defense counsel also

1  needed time to meet with Mr. Renderos-Ayala. If the matter is continued to October 28, 2005, the
2  additional time should be sufficient to allow both counsel to complete the investigation, and for
3  defense counsel to review the documents with Mr. Renderos-Ayala prior to the change of plea and
4  
5  sentencing. The parties therefore stipulate that the time from October 13, 2005, to October 28,
6  2005, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§
7  3161(h)(8)(A) and (B)(iv) for adequate preparation of counsel in order to allow counsel to
8  complete its investigation and for defense counsel to review of the plea documents with Mr.
9  Renderos-Ayala prior to the change of plea and sentencing.
10
11 DATED:    10/21/05              /S/
12                                 _____
                                   JOYCE LEAVITT
13                                 Assistant Federal Public Defender
14
15 DATED:    10/21/05              /S/
16                                 _____
                                   BRIAN STRETCH
17                                 Assistant United States Attorney
18
19
20                          SIGNATURE ATTESTATION
21     I hereby attest that I have on file all holograph signatures indicated by a "conformed"
22 signature ("/S/") within this efiled document.
23
24 DATED:    October 21, 2005      /S/
                                   _____
25                                 MARILEE BARBEAU
                                   Legal Secretary
26

STIP. TO CONT. CHANGE OF
PLEA AND SENTENCING                          - 2 -

# ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the change of plea and sentencing date, previously scheduled for Thursday, October 13, 2005, at 9:00 a.m., in Oakland, California, before Honorable Judge D. Lowell Jensen, shall be continued to Friday, October 28, 2005, at 10:00 a.m., for change of plea and sentencing.

IT IS FURTHER ORDERED that the time from October 13, 2005, to October 28, 2005, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) for adequate preparation of counsel and to allow defense counsel to review the plea agreement and other change of plea forms with Mr. Renderos-Ayala prior to the change of plea. The Court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public trial because additional review and investigation is necessary and the failure to grant the requested continuance would unreasonably deny the defendant's counsel the reasonable time necessary for effective preparation, taking into account due diligence.

SO ORDERED.

DATED: 10-24-05

HONORABLE D. LOWELL JENSEN
United States District Judge

STIP. TO CONT. CHANGE OF
PLEA AND SENTENCING                                - 3 -